IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2006 OCT 26  A 11: 34

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; TRANSCONTINENTAL INSURANCE COMPANY OF NEW YORK AND TRANSPORTATION INSURANCE COMPANY OF ILLINOIS, § § § § § § § Plaintiffs, § § v. § § JOHN TROTMAN CARROLL, BRUNER § R. DICUS, MSOUTH BANK as Personal § Representative of the ESTATE OF ROBERT § S. SANFORD, Deceased and ALFAB, INC., § § Defendants. § | Civil Action No. 1:06-cv-933-WKW |

## MOTION FOR *PRO HAC VICE* ADMISSION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARTHA MACKEY-DOWNS, and hereby makes and files this Motion for Admission *Pro Hac Vice* Admission and would show the Court as follows:

1. I am an attorney with the law offices of Colliau Elenius Murphy Carluccio Keener & Morrow, 600 N. Pearl, Suite 1400, Dallas, Texas 75201. I serve as counsel for American Casualty Company of Reading, Pennsylvania, Transcontinental Insurance Company of New York and Transportation Insurance Company of Illinois.

2. I am an active member in good standing with the State Bar of Texas, where I have been licensed since 1985, and the United States District Court for the Northern District of Texas. Attached to this motion as **Exhibit A** is a Certificate of Good Standing from the United States District Court for the Northern District of Texas.

3.  I have not been the subject of disciplinary action by the bar or courts of any jurisdiction in which I have been licensed.

For these reasons, I ask this court to grant my Motion for *Pro Hac Vice* Admission and allow me to appear before this court until the conclusion of this case.

           Respectfully submitted,

Martha Mackey-Downs
State Bar No. 17420600
**COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW**
Plaza of the Americas
600 N. Pearl Street, Suite 1400
Dallas, Texas 75201
(214) 220-5900
(214) 220-5902 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the above and foregoing document has been sent to all parties and/or their counsel of record pursuant to the Federal Rules of Civil Procedure on this _____ day of October, 2006.

_____
Pamela Dunlop Gates

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Martha Mackey-Downs**, Bar **#17420600**, as duly admitted to practice in said Court on **May 7, 1986**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on October 24, 2006.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; TRANSCONTINENTAL INSURANCE COMPANY OF NEW YORK AND TRANSPORTATION INSURANCE COMPANY OF ILLINOIS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN TROTMAN CARROLL, BRUNER R. DICUS, MSOUTH BANK as Personal Representative of the ESTATE OF ROBERT S. SANFORD, Deceased and ALFAB, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § <br><br> Civil Action No. 1:06-cv-933-WKW |

## **ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION**

TO THE HONORABLE JUDGE OF SAID COURT:

After considering the Motion for *Pro Hac Vice* Admission of Martha Mackey-Downs, the Court determines the motion should be granted. It therefore is

ORDERED that effective immediately, Martha Mackey-Downs of the law firm Colliau Elenius Murphy Carluccio Keener & Morrow, 600 N. Pearl, Suite 1400, Dallas, Texas 75201, is hereby granted permission to participate in the above-captioned proceedings and admitted to practice *pro hac vice* in this cause of action only on behalf of the Plaintiffs, American Casualty Company of Reading, Pennsylvania, Transcontinental Insurance Company of New York and Transportation Insurance Company of Illinois.

Signed _____, 2006

_____
UNITED STATES DISTRICT JUDGE