IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 1:06-cv-933-WKW |
| JOHN TROTMAN CARROLL, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Motion for Martha Mackey-Downs to Appear Pro Hac Vice (Doc. #2) filed on October 26, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 30th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE