IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; TRANSCONTINENTAL INSURANCE COMPANY OF NEW YORK AND TRANSPORTATION INSURANCE COMPANY OF ILLINOIS, <br><br>Plaintiffs, <br><br>v. <br><br>JOHN TROTMAN CARROLL, BRUNER R. DICUS, MSOUTH BANK as Personal Representative of the ESTATE OF ROBERT S. SANFORD, Deceased and ALFAB, INC., <br><br>Defendants. | Civil Action No. 1:06-cv-933-WKW |

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs file their Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are American Casualty Company of Reading, Pennsylvania, Transcontinental Insurance Company of New York and Transportation Insurance Company of Illinois; Defendants are John Trotman Carroll, Bruner R. Dicus, MSouth Bank, as Personal Representative of the Estate of Robert S. Sanford, Deceased and ALFAB, Inc.

2. On October 16, 2006, Plaintiffs sued Defendants.

3. Defendants have not been served with process and have not filed and answer or motion for summary judgment.

PLAINTIFFS' NOTICE OF DISMISSAL – Page 1 of 2

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice.

Respectfully submitted,

/s/ Martha Mackey-Downs
Martha Mackey-Downs
Texas State Bar No. 17420600
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW
Plaza of the Americas
600 N. Pearl Street, Suite 1400
Dallas, Texas 75201
(214) 220-5900
(214) 220-5902 Facsimile
*Admitted Pro Hac Vice by Court Order dated October 30, 2006*

Donald W. McCormick
SJIS# MCC043
2722 Highland Court South
Birmingham, AL 35205
(919) 918-7113
(919) 933-9233 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

PLAINTIFFS' NOTICE OF DISMISSAL – Page 2 of 2