**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 29, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:  American Casualty Company of Reading, Pennsylvania, et al. v. John Trotman Carroll, et al.
Civil Action No. 1:06-cv-933-WKW

Pursuant to the Notice of Dismissal filed by the plaintiff on 1/29/2007, this case has been closed and removed from the docket of this court.